## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | | |
|---|---|---|
| PROPANE RESOURCES SUPPLY AND MARKETING, L.L.C., | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Case No. 2:12-cv-02758-JTM-DJW |
| | ) | |
| G.J. CREEL & SONS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OF LAW IN SUPPORT OF
## PLAINTIFF'S MOTION TO REMAND

Pursuant to 28 U.S.C. §§ 1441 and 1447(c), Plaintiff Propane Resources Supply and Marketing, L.L.C. ("PRSM") hereby moves to remand this action to the District Court of Johnson County, Kansas, from which it was removed on December 4, 2012.  In support of its Motion to Remand, PRSM submits this Memorandum of Law, and further states:

## ARGUMENTS AND AUTHORITIES

On December 4, 2012, Defendant Coast Energy, LLC ("Coastal") filed a Notice of Removal of this action.  Defendant Luther Barefoot, having previously been served, did not provide his consent to this removal.

Defendant Luther Barefoot was served in the District Court of Johnson County, Kansas, prior to removal, on November 5, 2012.  *See* PRSM's Motion to Remand, Exhibit C. Luther Barefoot's consent to removal was not attached to Coastal Notice of Removal. [Doc. 1] Luther Barefoot has not filed, within thirty days of service upon it, any written consent to the removal of this action.

A notice of removal is facially defective if it is not joined by all served defendants. *Cornwall v. Robinson,* 654 F.2d 685, 686 (10th Cir. 1981). Luther Barefoot, a served defendant, did not join in the Notice of Removal. In fact, one day after Coastal filed the removal, Luther Barefoot filed his answer in state Court. Remand Exhibit C. He has never provided written consent to and joinder in the removal of this action. *Id.*; [Doc. 1]. More than thirty days have elapsed since Luther Barefoot was served, rendering any such consent now untimely, and therefore void. *See* 28 U.S.C. § 1446(b).

The Notice of Removal of this action is deficient, as it does not include the consent of all served defendants. At least one served defendant has not provided its consent to removal of this action within thirty days of service. Accordingly, this action is not properly removed, pursuant to 28 U.S.C. § 1446(b), and must be remanded.

## CONCLUSION

The Notice of Removal and Removal of this action is deficient, as it does not include the consent of all served defendants. Accordingly, this action is not properly removed, pursuant to 28 U.S.C. § 1446(b), and must be remanded. The Court is authorized to award PRSM its attorneys' fees and costs incurred as a result of the improper removal of this action. 28 U.S.C. § 1447.

WHEREFORE, Plaintiff Propane Resources Supply & Marketing, LLC respectfully requests that the Court grant this motion and remand this case to the District Court of Johnson County, Kansas and order the removing defendants Coastal Energy, LLC to pay Plaintiff's costs and expenses, including attorneys' fees, incurred because of the wrongful removal of this action; and grant such other and further relief as this Court deems just and proper.

Respectfully submitted,

BAKER STERCHI COWDEN & RICE, LLC

/s/ Bryan E. Mouber
Bryan E. Mouber                        KS #19710
Jonathan E. Benevides                  KS #24424
9393 W. 110th Street, Suite 500
Overland Park, KS 66210
Phone: (913) 451.6752
Fax: (816) 472.0288
mouber@bscr-law.com

ATTORNEYS FOR PLAINTIFF PROPANE
RESOURCES SUPPLY AND MARKETING,
L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following counsel of record:

Todd E Shadid
Klenda Austerman, LLC
301 N. Main, 1600 Epic Center
Wichita, KS 67202
Counsel for Coastal Energy, LLC

I hereby certify that a copy of the above and foregoing was duly mailed, postage prepaid, properly addressed, this December 11, 2012, to the following:

G.J. CREEL & SONS, INC.
c/o Registered Agent:
Paul E. Creel
708 12th Ave.
Conway, SC 29526

CREEL OIL COMPANY, INC.
c/o Registered Agent:
Paul E. Creel
708 12th Ave.
Conway, SC 29526

G.J. CREEL, INC.
c/o Registered Agent:
Paul E. Creel
708 12th Ave.
Conway, SC 29526

CREEL INVESTMENTS, INC.
c/o Registered Agent:
Benjamin J. Creel
708 12th Ave.
Conway, SC 29526

BUCKSVILLE FARMS, INC.
c/o Registered Agent:
Benjamin J. Creel
708 12th Ave.
Conway, SC 29526

BENJAMIN J. CREEL
708 12th Ave.
Conway, SC 29526

LUTHER BAREFOOT
212 Main Street
Conway, SC 29526

RANDY BEVERLY
990 Castlewood Dr.
Conway, SC 29526

/s/ Bryan E. Mouber